IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  25-cv-2004 |
| ) | |
| WALMART, INC. and CARL CAPPELEN, ) | |
| ) | |
|     Defendants. ) | |

UNOPPOSED MOTION TO DISMISS
DECLARATORY JUDGMENT LAWSUIT
PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff, Westfield Insurance Company, by its attorneys Esp Kreuzer Cores LLP, for its unopposed motion to dismiss the declaratory judgment lawsuit pursuant to settlement agreement, states:

1. The underlying lawsuit is dismissed pursuant to a confidential settlement agreement. Westfield files a copy of the dismissal order as ECF No. 3-1.

2. During February of 2025, Walmart Inc., Arctic Snow and Ice Control, Inc., and Westfield Insurance Company entered a written mutual release and settlement agreement that includes language requiring dismissal of the complaint for declaratory judgment.  Westfield files a copy of the mutual release and settlement agreement as ECF No. 3-2.

3. "[A]n action seeking a declaratory judgment must present an actual controversy." State Farm Fire & Casualty Company v. John, 2017 IL App (2d) 170193, ¶19 (2d Dist. 2017). "This means that 'the underlying facts and issues of the case are not moot or premature, so as to require the court to pass judgment on mere abstract propositions of law, render an advisory opinion, or give legal advice as to future events." Id. (*Quoting* Underground Contractors Ass'n v.

City of Chicago, 66 Ill.2d 371, 375 (1977)). The case must "present a concrete dispute admitting of an immediate and definitive determination of the parties' rights, the resolution of which will aid in the termination of the controversy or some part thereof." Id. (*Quoting* Underground Contractors, 66 Ill.2d at 375).

4. An event that happens after the filing of a complaint may neutralize a controversy from presently existing between two parties so as to support dismissal of claims against a party. Selective Ins. Co. of South Carolina v. Phusion Projects, Inc., 836 F.Supp.2d 731, 733-735 (N.D.Ill. 2011).

5. In this case, dismissal of the complaint for declaratory judgment with prejudice as moot is appropriate, where the mutual release and settlement agreement neutralizes any present controversy from existing.

WHEREFORE, Plaintiff, Westfield Insurance Company, prays that this Honorable District Court enter an order dismissing the declaratory judgment lawsuit with prejudice as moot.

| | |
|---|---|
| ESP KREUZER CORES LLP<br>400 S. County Farm Road<br>Suite 200<br>Wheaton, Illinois 60187<br>(630) 871-1002; ARDC #6274517<br>jbarger@ekclawfirm.com; lmurphy@ekclawfirm.com | RESPECTFULLY SUBMITTED,<br><br>_____<br>Jeffrey S. Barger |

## VERIFICATION BY CERTIFICATION

Pursuant to 28 U.S.C. § 1746, the undersigned certifies that on March 10, 2025, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system. CM/ECF will send notification to all attorneys of record.

_____
Jeffrey S. Barger

2